## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**ZACKERY CASH**                                                             **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO.: 1:25-cv-22-SA-DAS**

**SILMAN VENTURE CORPORATION**                             **DEFENDANT**

### UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW** counsel for the Plaintiff, Nick Norris, and moves this honorable Court for leave to withdraw as counsel. In support thereof, counsel for the Plaintiff would show unto the Court as follows:

1. Plaintiff's counsel seeks to withdraw as they have a conflict of interest that has arisen with Plaintiff.

2. Undersigned counsel cannot, in accordance with the Rules of Professional Responsibility, continue to represent Plaintiff in this matter.

3. As a result, Plaintiff has been advised that his counsel would be filing a motion for leave to withdraw from representing her.

4. Defense counsel has been contacted and is unopposed to this Motion.

5. Plaintiff will be provided a copy of this motion via United States mail addressed to: Zachery M. Cash, 2904 Lake Terrace Drive, Corinth, MS 38834. Plaintiff will also be emailed the motion.

6. Plaintiff's current contact information that Plaintiff's counsel has on file is:

Zachery M. Cash
2904 Lake Terrace Drive
Corinth, MS 38834
Email: zackcash7@gmail.com

7. Undersigned counsel will also provide Plaintiff with a copy of the Court's Order on this motion via United States mail when it is entered.

**WHEREFORE PREMISES CONSIDERED**, undersigned counsel prays for an Order granting Nick Norris leave to withdraw as counsel for the Plaintiff in this matter so the Plaintiff can either represent himself *pro se* or obtain other counsel to represent the Plaintiff.

THIS, the 16th day of January, 2026.

                        Respectfully submitted,

                        /s Nick Norris
                        NICK NORRIS (MB# 101574)
                        Attorney for Plaintiff

OF COUNSEL:

NICK NORRIS, P.A.
272 Calhoun Station Parkway
Suite C #13
Gluckstadt, MS 39110
Telephone: (601) 641-4897
Email: nick@nicknorris.law

## **CERTIFICATE OF SERVICE**

 I, Nick Norris, attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record and the following:

Zachery M. Cash
  2904 Lake Terrace Drive
  Corinth, MS 38834

 SO CERTIFIED, this the January 16, 2026.

          /s Nick Norris
          NICK NORRIS